IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH DEAN JAYNE, JR.,<br><br>Defendant. | CR 15–11–H–CCL<br><br>ACCEPTANCE OF PLEA<br>AND ADJUDICATION<br>OF GUILT |

In accordance with the Findings and Recommendations (Doc. 124) of United States Magistrate Judge John Johnston, to which there has been no objection, in light of Defendant's Consent/Waiver to Plea (Doc. 123), and subject to this Court's consideration of the Plea Agreement under Fed. R. Crim. P. 11(c)(3), Defendant's plea of guilty to Count I of the Indictment is hereby accepted, subject to the Court's review of the Presentence Report.  The Defendant

is adjudged guilty of the offense of Conspiracy to Possess With Intent to Distribute Methamphetamine (Count I).  All parties shall appear before this Court for sentencing on April 21, 2016, at 10:00 a.m., Courtroom II, United States Courthouse, Helena.

The Clerk is directed forthwith to notify the parties of entry of this order.

Done and dated this 21st day of January, 2016.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE